UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENNIS HAYNES, Individually,

       Plaintiff,                       Case No. 1:17-cv-23190-CMA

v.

HOBBY LOBBY STORES, INC., a Foreign Corporation,

       Defendant.
_____/

## PLAINTIFF'S VERIFIED STATEMENT REGARDING PRIOR FILINGS UNDER THE ADA

COMES NOW the undersigned counsel, Aaron Finesilver, attorney for Plaintiff, and states as follows:

1. Prior to the filing of the instant cause, I reviewed the Court records for the Southern District of Florida pursuant to the PACER system to ascertain whether or not the website at issue was the subject of any previously filed action. The Court Records do not indicate that the Defendant was previously sued with regard to ADA violations regarding the subject website in the Southern District of Florida.

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2017.

                                                    By: /s/ Aaron Finesilver
                                                    AARON FINESILVER, ESQ.

                                                    Attorneys for Plaintiff:

                                                    Aaron Finesilver, Of Counsel

Thomas B. Bacon, P.A.
100 N. Biscayne Blvd., Suite 1300
Miami, FL 33132
Telephone: (305) 702-8355
Fax: (305) 503-7374
Aaron@finesilverlaw.com
Florida Bar Number: 577022


Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
tbb@thomasbaconlaw.com
Florida Bar. Id. No. 139262