UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-23190-CIV-ALTONAGA/Goodman

**DENNIS HAYNES**,

    Plaintiff,
v.

**HOBBY LOBBY STORES, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court at a December 6, 2017 hearing [ECF No. 38], addressing Defendant, Hobby Lobby Stores, Inc.'s Motion to Dismiss [ECF No. 33]. For the reasons stated in open court, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 33]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 6th day of December, 2017.

                                          **CECILIA M. ALTONAGA**
                                          **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record